## SCHACKMAN ET AL. *v.* CALIFORNIA.

No. 105.   Decided October 12, 1964.

*Burton Marks* for. appellants.

*Roger Arnebergh, Philip E. Grey* and *Wm. E. Doran* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## BATTISTA ET. AL., TRADING AS NOR-VIEW FARM *v.* MILK CONTROL COMMISSION OF PENNSYLVANIA.

No. 295.   Decided October 12, 1964.

*Frederick A. Ballard* for appellants.

· *Walter E. Alessandroni,* Attorney General of Pennsylvania, and *Anthony W. Novasitis, Jr.,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.